UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL PETER KENNISON,

    Plaintiff,

v.

                                        Case No. 1:25-cv-369

MUSKEGON COUNTY 14TH CIRCUIT
COURT, et al.,                       Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On April 18, 2025, Magistrate Judge Berens issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed (ECF No. 7). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on May 2, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:  May 23, 2025                      /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                         CHIEF U.S. DISTRICT JUDGE